*unsealed 2/21/08 ap*

**SECRET**

FILED
2008 FEB 19 PM 4:40
SOUTHERN DISTRICT OF CALIFORNIA
BY ___KNX___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 0440 BTM

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE OF RELATED CASE |
| PETER CARLO MERTENS, et al., | ) | |
| Defendant. | ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Matthew Hausotter, et al.</u>, Criminal Case No. 07CR2367-BTM.

DATED: February 19, 2008.

KAREN P. HEWITT
United States Attorney

SHERRY WALKER HOBSON
Assistant U.S. Attorney