AO 442

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Wayne Joseph Fernandes (2)

**WARRANT FOR ARREST**

CASE NUMBER: 08cr0440-002-BTM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  Wayne Joseph Fernandes (2)

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

Counts 1- 18:1956(a)(1)(B)(i) and (h) - Conspiracy to Launder Monetary Instruments, 18:982 - Forfeiture Allegations; Counts 2-20 - 18:1956(a)(1)(B)(i) - Laundering Money, 18:2 - Aiding and Abetting; 18:982 - Forfeiture Allegations, and 31:5317(c)(1) - Criminal Forfeiture; Count 32- 31:5324(a)(3), and 18:371 - Conspiracy and Structuring Financial Transactions, 18:2 - Aiding and Abetting; 18:982 - Forfeiture Allegations, and 31:5317(c)(1) - Criminal Forfeiture; Counts 33-35 - 31:5324(a)(3) and (d)(2) - Structuring Financial Transactions; 18:2 - Aiding and Abetting; 18:982 - Forfeiture Allegations, and 31:5317(c)(1) - Criminal Forfeiture

In violation of Title  See Above  United States Code, Section(s)

W. Samuel Hamrick, Jr.
Name of Issuing Officer

Signature of Deputy

Clerk of the Court
Title of Issuing Officer

February 25, 2008  San Diego, CA
Date and Location

Bail fixed at $  The Honorable William McCurine Jr.
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

DEA - OCDETF "Operation Blow Up"
SO-CAS # 0377
AUSA Sherri Walker

@500
(drug proceeds)