# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**PLEASE RECEIPT AND RETURN**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER **08 cr 440 BTM** |
| vs ) | ABSTRACT OF ORDER |
| **Wayne Fernandes** ) | Booking No. _____ |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **2/25/08**
the Court entered the following order:

**✓** Defendant be released from custody.

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

**✓** Defendant released on $ **50,000** bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.

____ Defendant sentenced to TIME SERVED, supervised release for ____ years.

____ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court:
____ dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

____ Case Dismissed.

____ Defendant to be released to Pretrial Services for electronic monitoring.

____ Other. _____

William McCurine, Jr.
UNITED STATES MAGISTRATE JUDGE

Received _____
DUSM

W. SAMUEL HAMRICK, JR. Clerk
by _____ Deputy Clerk

Crim-9   (Rev 6-95)   ☆ U.S. GPO: 1996-783-398/40151

**CLERKS' COPY**