1  THE LAW OFFICES OF DORN G. BISHOP, APC
   DORN G. BISHOP (SB#147994)
2  701 B Street, Suite 1000
   San Diego, California 92101
3  Telephone: (619) 233-3380

4  Attorneys for Defendant
   WAYNE JOSEPH FERNANDES

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE BARRY TED MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 08CR0440-BTM |
| Plaintiff, | |
| v. | **DEFENDANT WAYNE JOSEPH FERNANDES' NOTICE OF MOTION AND MOTION TO JOIN MOTIONS OF CO-DEFENDANT WILLIAM HAMMAN (1) TO COMPEL DISCOVERY; AND (2) FOR LEAVE TO FILE FURTHER MOTIONS** |
| PETER CARLO MERTENS (1), WAYNE JOSEPH FERNANDES (2), WILLIAM HAMMAN (3), and BETTINA THAKORE (4). | |
| Defendants. | Date: March 28, 2008<br>Time: 1:30 p.m. |

FERNANDES' MOTION TO JOIN                                     CASE NO.: 08CR0440-BTM

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND

SHERRI WALKER HOBSON, ASSISTANT UNITED STATES ATTORNEY

PLEASE TAKE NOTICE that on March 28, 2008, at 1:30 p.m., or soon thereafter as counsel may be heard, Defendant Wayne Joseph Fernandes, by and through his attorney of record, Dorn G. Bishop of the Law Offices of Dorn G. Bishop, APC, will and hereby does move this court for an order joining Defendant William Hamman's motions (1) to compel discovery and (2) for leave to file further motions.

Counsel for Mr. Fernandes was informed earlier this week that approximately 1,700 pages of discovery from the Government are ready for production. Counsel anticipates that he will have obtained those materials and will have started to review them by the March 28, 2008 hearing in this matter. However, counsel will need additional time to complete his review, to conduct additional research, and to prepare appropriate pretrial motions. In addition, counsel is unaware at this time how much additional discovery the Government may be planning to produce, or when.

For these reasons, Mr. Fernandes respectfully suggests that the Court continue the motion hearing in this matter for a period of approximately sixty (60) days.

DATED: March 11, 2008                    Respectfully submitted,

                                               THE LAW OFFICES OF DORN G. BISHOP, APC


By:   /s/Dorn G. Bishop
       Dorn G. Bishop
Attorneys for Defendant Wayne Joseph Fernandes

1  THE LAW OFFICES OF DORN G. BISHOP, APC
   DORN G. BISHOP (SB#147994)
2  701 B Street, Suite 1000
   San Diego, California 92101
3  Telephone: (619) 233-3380

4  Attorneys for Defendant
   WAYNE JOSEPH FERNANDES
5

6

7

8
                    UNITED STATES DISTRICT COURT
9
                   SOUTHERN DISTRICT OF CALIFORNIA
10
                   (HONORABLE BARRY TED MOSKOWITZ)
11

12 | UNITED STATES OF AMERICA,        | CASE NO.:  08CR0440-BTM

13 |        Plaintiff,

14 |                                   | **CERTIFICATE OF ECF SERVICE**

15 | v.
                                       | **Date: March 28, 2008**
16 | PETER CARLO MERTENS (1),          | **Time: 1:30 p.m.**
   | WAYNE JOSEPH FERNANDES (2),
17 | WILLIAM HAMMAN (3), and
   | BETTINA THAKORE (4).
18
   |        Defendants.
19

20

21

22

23

24

25

26

27

28 CERTIFICATE OF SERVICE FERNANDES' MOTION TO JOIN          CASE NO.: 08CR0440-BTM

## CERTIFICATE OF ECF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is 701 B Street, Suite 1000, San Diego, California 92101.

On March 13, 2008, I served the following document described as:

**DEFENDANT WAYNE JOSEPH FERNANDES' NOTICE OF MOTION AND MOTION TO JOIN MOTIONS OF CO-DEFENDANT WILLIAM HAMMAN (1) TO COMPEL DISCOVERY; AND (2) FOR LEAVE TO FILE FURTHER MOTIONS**

on the ECF system and served pursuant to General Order No. 550,

with:

Clerk of the Court
United States District Court
Southern District of California
880 Front Street
San Diego, CA 92101

Sherri Walker Hobson, AUSA
U.S. Attorney's Office
880 Front Street
San Diego, CA 92101
sherri.hobson@usdoj.gov
**Attorneys for Plaintiff United State of America**

Patrick Q. Hall
Seltzer Caplan McMahon Vitek
750 B Street, Suite 2100
San Diego, CA 92101
Email: hall@scmv.com
**Attorneys for Defendant Peter Carlo Mertens (1)**

Frank J. Ragen II
Law Offices of Frank Ragen
105 West F Street, Suite 215
San Diego, CA 92101
Email: fjragen@aol.com
**Attorneys for Defendant William Hamman (3)**

Lisa J. Damiani, Esq.
Damiani Law Group
701 B St #1110
San Diego, CA 92101
ljdamiani@damianilawgroup.com
**Attorneys for Defendant Bettina Thakore (4)**

Executed on March 13, 2008, at San Diego, California.

_____
Kim Davis