## 2003

| Date | Amount | Account Name | Bank | Acct. Number |
|---|---|---|---|---|
| 1/30/2003 | 1,500.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 2/24/2003 | 240 | Bettina Thakore | Wells Fargo | 3625703180 |
| 2/25/2003 | 900 | Bettina Thakore | Wells Fargo | 3625703180 |
| 2/28/2003 | 9,100.00 | Peter Mertens | Wells Fargo | 8316018582 |
| 3/3/2003 | 9,000.00 | Peter Mertens | Wells Fargo | 8316018582 |
| 3/3/2003 | 240 | Bettina Thakore | Wells Fargo | 3625703180 |
| 4/16/2003 | 100 | Bettina Thakore | Wells Fargo | 3625703180 |
| 4/29/2003 | 100 | Bettina Thakore | Wells Fargo | 3625703180 |
| 5/7/2003 | 220 | Bettina Thakore | Wells Fargo | 3625703180 |
| 5/28/2003 | 100 | Bettina Thakore | Wells Fargo | 3625703180 |
| 6/3/2003 | 700 | Bettina Thakore | Wells Fargo | 3625703180 |
| 6/6/2003 | 100 | Bettina Thakore | Wells Fargo | 3625703180 |
| 10/27/2003 | 2,300.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| **TOTAL** | **$24,600.00** | | | |

## 2004

| Date | Amount | Account Name | Bank | Acct. Number |
|---|---|---|---|---|
| 3/18/2004 | 1,020.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 5/17/2004 | 3,600.00 | Bettina Thakore | Wells Fargo | 8428213840 |
| 5/17/2004 | 9,900.00 | Diamond Golf | Wells Fargo | 3117679633 |
| 5/17/2004 | 9,800.00 | Pitah LLC | Wells Fargo | 9686708158 |
| 5/17/2004 | 9,900.00 | PMS LLC | Wells Fargo | 9686708208 |
| 5/18/2004 | 9,900.00 | Diamond Golf | Wells Fargo | 3117679633 |
| 5/18/2004 | 9,900.00 | Pitah LLC | Wells Fargo | 9686708158 |
| 5/18/2004 | 9,900.00 | PMS LLC | Wells Fargo | 9686708208 |
| 5/19/2004 | 9,000.00 | Wayne Fernandes | Union Bank | 4760003854 |
| 5/19/2004 | 5,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 5/24/2004 | 3,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 5/24/2004 | 4,500.00 | Bettina Thakore | Wells Fargo | 8428213840 |
| 5/25/2004 | 5,000.00 | Diamond Golf | Wells Fargo | 3117679633 |
| 5/25/2004 | 4,400.00 | Wayne Fernandes | Union Bank | 4760003854 |
| 5/27/2004 | 4,000.00 | Pitah LLC | Wells Fargo | 9686708158 |
| 5/29/2004 | 5,000.00 | Wayne Fernandes | Union Bank | 4760003854 |
| 6/1/2004 | 6,000.00 | PMS LLC | Wells Fargo | 9686708208 |
| 6/2/2004 | 3,500.00 | Diamond Golf | Wells Fargo | 3117679633 |
| 6/2/2004 | 4,500.00 | Wayne Fernandes | Union Bank | 4760003854 |
| 6/3/2004 | 2,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 6/3/2004 | 2,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 6/3/2004 | 5,000.00 | Bettina Thakore | Wells Fargo | 8428213840 |
| 6/4/2004 | 5,000.00 | Bettina Thakore | Wells Fargo | 8428213840 |
| 6/7/2004 | 2,500.00 | Wayne Fernandes | Union Bank | 4760003854 |
| 6/7/2004 | 7,500.00 | PMS LLC | Wells Fargo | 9686708208 |
| 6/8/2004 | 4,000.00 | Wayne Fernandes | Union Bank | 4760003854 |
| 6/8/2004 | 2,000.00 | Diamond Golf | Wells Fargo | 3117679633 |
| 6/10/2004 | 8,000.00 | Pitah LLC | Wells Fargo | 9686708158 |
| 6/11/2004 | 8,000.00 | Wayne Fernandes | Union Bank | 4760003854 |
| 6/30/2004 | 5,500.00 | Wayne Fernandes | Union Bank | 4760003854 |
| 7/26/2004 | 5,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 7/26/2004 | 1,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 7/28/2004 | 3,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 7/28/2004 | 2,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 7/28/2004 | 2,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 7/30/2004 | 1,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 7/30/2004 | 1,200.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 8/28/2004 | 1,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 8/28/2004 | 2,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 8/28/2004 | 2,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 8/28/2004 | 2,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 8/28/2004 | 2,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |

| Date | Amount | Name | Bank | Account |
|---|---|---|---|---|
| 8/31/2004 | 2,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 8/31/2004 | 2,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 8/31/2004 | 2,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 8/31/2004 | 2,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 9/3/2004 | 2,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 9/8/2004 | 2,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 9/13/2004 | 2,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 9/13/2004 | 2,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 9/16/2004 | 2,700.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 9/16/2004 | 2,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 9/21/2004 | 3,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 10/4/2004 | 3,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 10/4/2004 | 3,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 10/4/2004 | 3,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 11/3/2004 | 3,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 11/3/2004 | 3,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 11/3/2004 | 3,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 11/8/2004 | 5,000.00 | Diamond Golf | Wells Fargo | 3117679633 |
| 11/9/2004 | 2,300.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 11/9/2004 | 3,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 11/9/2004 | 3,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 11/10/2004 | 4,500.00 | Diamond Golf | Wells Fargo | 3117679633 |
| 11/15/2004 | 5,000.00 | Diamond Golf | Wells Fargo | 3117679633 |
| 11/17/2004 | 4,600.00 | Diamond Golf | Wells Fargo | 3117679633 |
| 12/14/2004 | 2,800.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 12/14/2004 | 3,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 12/16/2004 | 5,000.00 | Diamond Golf | Wells Fargo | 3117679633 |
| 12/17/2004 | 4,400.00 | Diamond Golf | Wells Fargo | 3117679633 |
| 12/29/2004 | 9,170.00 | Diamond Golf | Wells Fargo | 3117679633 |
| **TOTAL** | **$286,990.00** | | | |

## 2005

| Date | Amount | Account Name | Bank | Acct. Number |
|---|---|---|---|---|
| 1/1/2005 | 2,700.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 1/13/2005 | 5,500.00 | Diamond Golf | Wells Fargo | 3117679633 |
| 1/18/2005 | 7,000.00 | Diamond Golf | Wells Fargo | 3117679633 |
| 1/19/2005 | 2,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 1/20/2005 | 2,400.00 | Diamond Golf | Wells Fargo | 3117679633 |
| 1/24/2005 | 4,400.00 | Diamond Golf | Wells Fargo | 3117679633 |
| 1/31/2005 | 3,200.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 2/3/2005 | 3,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 2/3/2005 | 2,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 2/3/2005 | 3,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 2/7/2005 | 6,000.00 | Diamond Golf | Wells Fargo | 3117679633 |
| 2/9/2005 | 3,400.00 | Diamond Golf | Wells Fargo | 3117679633 |
| 2/9/2005 | 3,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 2/9/2005 | 3,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 2/9/2005 | 2,500.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 2/12/2005 | 2,500.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 2/14/2005 | 6,600.00 | Diamond Golf | Wells Fargo | 3117679633 |
| 2/15/2005 | 2,700.00 | Diamond Golf | Wells Fargo | 3117679633 |
| 2/21/2005 | 2,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 3/10/2005 | 6,740.00 | Diamond Golf | Wells Fargo | 3117679633 |
| 3/15/2005 | 1,260.00 | Diamond Golf | Wells Fargo | 3117679633 |
| 3/16/2005 | 3,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 3/16/2005 | 3,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 3/22/2005 | 6,255.00 | Diamond Golf | Wells Fargo | 3117679633 |
| 3/30/2005 | 700 | Bettina Thakore | Wells Fargo | 3625703180 |
| 3/31/2005 | 3,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 4/1/2005 | 2,745.00 | Diamond Golf | Wells Fargo | 3117679633 |
| 4/7/2005 | 3,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 4/7/2005 | 2,800.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 4/10/2005 | 3,012.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 4/12/2005 | 3,007.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 4/18/2005 | 2,003.00 | Pitah LLC | Wells Fargo | 9686708158 |
| 4/19/2005 | 2,400.00 | Pitah LLC | Wells Fargo | 9686708158 |
| 4/19/2005 | 2,007.00 | Pitah LLC | Wells Fargo | 9686708158 |
| 4/22/2005 | 2,000.07 | Pitah LLC | Wells Fargo | 9686708158 |
| 5/4/2005 | 500 | Bettina Thakore | Wells Fargo | 3625703180 |
| 5/5/2005 | 2,500.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 5/5/2005 | 2,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 5/9/2005 | 3,012.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 5/9/2005 | 3,003.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 5/9/2005 | 3,020.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 5/10/2005 | 2,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |

| Date | Amount | Name | Bank | Account |
|---|---|---|---|---|
| 5/10/2005 | 2,000.00 | Bettina Thakore | Wells Fargo | 8428213840 |
| 5/19/2005 | 900 | Bettina Thakore | Wells Fargo | 3625703180 |
| 5/20/2005 | 1,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 5/23/2005 | 2,007.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 6/1/2005 | 2,800.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 6/1/2005 | 2,300.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 6/1/2005 | 2,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 6/2/2005 | 1,300.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 6/5/2005 | 2,000.00 | Bettina Thakore | Wells Fargo | 8428213840 |
| 6/5/2005 | 3,400.00 | Bettina Thakore | Wells Fargo | 8428213840 |
| 6/5/2005 | 3,200.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 6/5/2005 | 2,900.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 6/5/2005 | 2,500.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 6/13/2005 | 2,910.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 6/16/2005 | 2,500.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 6/16/2005 | 1,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 6/27/2005 | 3,020.00 | Bettina Thakore | Wells Fargo | 8428213840 |
| 6/27/2005 | 3,609.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 6/29/2005 | 2,070.00 | Bettina Thakore | Wells Fargo | 8428213840 |
| 6/29/2005 | 2,800.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 6/29/2005 | 2,500.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 6/29/2005 | 1,906.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 6/30/2005 | 2,400.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 7/5/2005 | 3,200.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 7/5/2005 | 2,306.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 7/8/2005 | 4,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 7/8/2005 | 3,000.00 | Bettina Thakore | Wells Fargo | 3625703180 |
| 7/11/2005 | 2,000.00 | Bettina Thakore | Wells Fargo | 8428213840 |
| 7/11/2005 | 1,000.00 | Bettina Thakore | Wells Fargo | 8428213840 |
| 8/26/2005 | 800 | Bettina Thakore | Wells Fargo | 3625703180 |
| **TOTAL** | **$199,192.07** | | | |

**GRAND TOTAL**    $510,782.07