THE LAW OFFICES OF DORN G. BISHOP, APC
DORN G. BISHOP (SB#147994)
701 B Street, Suite 1000
San Diego, California 92101
Telephone: (619) 233-3380

Attorneys for Defendant
WAYNE JOSEPH FERNANDES

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARRY TED MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PETER CARLO MERTENS (1),<br>WAYNE JOSEPH FERNANDES (2),<br>WILLIAM HAMMAN (3), and<br>BETTINA THAKORE (4).<br><br>    Defendants. | CASE NO.: 08CR0440-BTM<br><br>**DEFENDANT WAYNE JOSEPH FERNANDES' ACKNOWLEDGMENT OF FUTURE DATE** |

1 | The undersigned acknowledges that he has been advised by his counsel, Dorn G. Bishop,
2 | The Law Offices of Dorn G. Bishop, APC that the motion hearing presently scheduled for
3 | March 28, 2008, has been rescheduled to June 20, 2008, at 1:30 p.m.. The undersigned
4 | acknowledges that his appearance is required on June 20, 2008 at 1:30 p.m.
5 | Acknowledged this 26th day of March, 2008, at San Diego, California.

_____
Wayne Joseph Fernandes