1 | THE LAW OFFICES OF DORN G. BISHOP, APC
DORN G. BISHOP (SB#147994)
2 | 525 B Street, Suite 1500
San Diego, California 92101
3 | Telephone: (619) 858-4768

4 | Attorneys for Defendant
WAYNE JOSEPH FERNANDES

5

6

7

8

9 | ## UNITED STATES DISTRICT COURT

10 | ## SOUTHERN DISTRICT OF CALIFORNIA

11 | ## (HONORABLE BARRY TED MOSKOWITZ)

12 | UNITED STATES OF AMERICA,          CASE NO.:  08CR0440-BTM

13 |         Plaintiff,

14 |                                     **NOTICE OF CHANGE OF ADDRESS**

15 | v.

16 | PETER CARLO MERTENS (1),
WAYNE JOSEPH FERNANDES (2),
17 | WILLIAM HAMMAN (3), and
BETTINA THAKORE (4).
18

19 |         Defendants.

20

21

22

23

24

25

26

27

28 | NOTICE OF CHANGE OF ADDRESS                          CASE NO.: 08CR0440-BTM

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE THAT on June 1, 2008, The Law Offices of Dorn G. Bishop,

3  A.P.C. changed their address, telephone and fax number.

4    The new information is as follows:

5    The Law Offices of Dorn G. Bishop, A.P.C.
     525 B Street, Suite 1500
6    San Diego, CA 92101
     Tel: 619-858-4768
7    Fax: 619-858-4769

8

9  DATED: June 4, 2008                THE LAW OFFICES OF DORN G. BISHOP, APC

10                                     By:  /s/Dorn G. Bishop_____
11                                          Dorn G. Bishop
                                            Attorneys for Defendant Wayne Joseph Fernandes
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF ECF SERVICE

2      I am employed in the County of San Diego, State of California.  I am over the age of 18
3   years and not a party to this action.  My business address is 525 B Street, Suite 1500, San Diego,
    California 92101.

4      On June 4, 2008, I served the following document described as:

5      **NOTICE OF CHANGE OF ADDRESS**

6   on the ECF system and served pursuant to General Order No. 550,

7   with:

8   Clerk of the Court
    United States District Court
9   Southern District of California
    880 Front Street
10  San Diego, CA 92101

11  Sherri Walker Hobson, AUSA
    U.S. Attorney's Office
12  880 Front Street
    San Diego, CA 92101
13  sherri.hobson@usdoj.gov
    **Attorneys for Plaintiff United State of America**
14

15  Patrick Q. Hall
    Seltzer Caplan McMahon Vitek
16  750 B Street, Suite 2100
    San Diego, CA 92101
17  Email:  hall@scmv.com
    **Attorneys for Defendant Peter Carlo Mertens (1)**
18

19  Frank J. Ragen II
    Law Offices of Frank Ragen
    105 West F Street, Suite 215
20  San Diego, CA 92101
    Email: fjragen@aol.com
21  **Attorneys for Defendant William Hamman (3)**

22  Lisa J.  Damiani, Esq.
    Damiani Law Group
23  701 B St #1110
    San Diego, CA 92101
24  ljdamiani@damianilawgroup.com
    **Attorneys for Defendant Bettina Thakore (4)**
25

      Executed on June 4, 2008, at San Diego, California.
26

27

                                Kim Davis
28