1  THE LAW OFFICES OF DORN G. BISHOP, APC
   DORN G. BISHOP (SB#147994)
2  525 B Street, Suite 1500
   San Diego, California 92101
3  Telephone: (619) 858-4768

4  Attorneys for Defendant
   WAYNE JOSEPH FERNANDES

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## (HONORABLE BARRY TED MOSKOWITZ)

| UNITED STATES OF AMERICA, | CASE NO.:  08CR0440-BTM |
|---|---|
| Plaintiff, | |
| v. | DEFENDANT WAYNE JOSEPH FERNANDES' ACKNOWLEDGMENT OF FUTURE DATE |
| PETER CARLO MERTENS (1), WAYNE JOSEPH FERNANDES (2), WILLIAM HAMMAN (3), and BETTINA THAKORE (4). | |
| Defendants. | |

1 | The undersigned acknowledges that he has been advised by his counsel, Dorn G. Bishop,
2 | The Law Offices of Dorn G. Bishop, APC that the motion hearing presently scheduled for June
3 | 20, 2008 has been rescheduled to September 19, 2008 at 2:00 p.m.. The undersigned
4 | acknowledges that his appearance is required on September 19, 2008 at 2:00 p.m.
5 | Acknowledged this 9th day of June, 2008, at San Diego, California.

Wayne Joseph Fernandes