1 | THE LAW OFFICES OF DORN G. BISHOP, APC
DORN G. BISHOP (SB#147994)
2 | 525 B Street, Suite 1500
San Diego, California 92101
3 | Telephone: (619) 858-4768

4 | Attorneys for Defendant
WAYNE JOSEPH FERNANDES

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE BARRY TED MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 08CR0440-BTM |
| Plaintiff, | |
| | **CERTIFICATE OF ECF SERVICE** |
| v. | |
| PETER CARLO MERTENS (1), WAYNE JOSEPH FERNANDES (2), WILLIAM HAMMAN (3), and BETTINA THAKORE (4). | |
| Defendants. | |

CERTIFICATE OF SERVICE FERNANDES' ACKNOWLEDGMENT                              CASE NO.: 08CR0440-BTM

# CERTIFICATE OF ECF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is 525 B Street, Suite 1500, San Diego, California 92101.

On June 12, 2008, I served the following document described as:

**DEFENDANT WAYNE JOSEPH FERNANDES' ACKNOWLEDGMENT OF FUTURE DATE**

on the ECF system and served pursuant to General Order No. 550,

with:

Clerk of the Court
United States District Court
Southern District of California
880 Front Street
San Diego, CA 92101

Sherri Walker Hobson, AUSA
U.S. Attorney's Office
880 Front Street
San Diego, CA 92101
sherri.hobson@usdoj.gov
**Attorneys for Plaintiff United State of America**

Patrick Q. Hall
Seltzer Caplan McMahon Vitek
750 B Street, Suite 2100
San Diego, CA 92101
Email: hall@scmv.com
**Attorneys for Defendant Peter Carlo Mertens (1)**

Frank J. Ragen II
Law Offices of Frank Ragen
105 West F Street, Suite 215
San Diego, CA 92101
Email: fjragen@aol.com
**Attorneys for Defendant William Hamman (3)**

Lisa J. Damiani, Esq.
Damiani Law Group
701 B St #1110
San Diego, CA 92101
ljdamiani@damianilawgroup.com
**Attorneys for Defendant Bettina Thakore (4)**

Executed on June 11, 2008, at San Diego, California.

_____
Kim Davis