1  THE LAW OFFICES OF DORN G. BISHOP, APC
   DORN G. BISHOP (SB#147994)
2  525 B Street, Suite 1500
   San Diego, California 92101
3  Telephone: (619) 858-4768

4  Attorneys for Defendant
   WAYNE JOSEPH FERNANDES
5

6

7

8                      UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10               (HONORABLE BARRY TED MOSKOWITZ)

11
   UNITED STATES OF AMERICA,          CASE NO.:  08CR0440-BTM
12
          Plaintiff,
13
                                      **DEFENDANT WAYNE JOSEPH**
14                                     **FERNANDES' NOTICE OF MOTIONS**
                                       **AND MOTIONS (1) FOR 60-DAY**
15 v.                                  **CONTINUANCE; (2) TO COMPEL**
                                       **FURTHER DISCOVERY; (3) FOR**
16 PETER CARLO MERTENS (1),            **LEAVE TO FILE FUTURE SEVERANCE**
   WAYNE JOSEPH FERNANDES (2),         **MOTION AND OTHER MOTIONS, IF**
17 WILLIAM HAMMAN (3), and             **NECESSARY**
   BETTINA THAKORE (4).
18
          Defendants.
                                       **Date:  September 19, 2008**
19                                     **Time: 2:00 p.m.**

20

21

22

23

24

25

26

27

28

1   **TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY, AND**

2   **SHERRI WALKER HOBSON, ASSISTANT UNITED STATES ATTORNEY**

3   PLEASE TAKE NOTICE that on September 19, 2008, at 2:00 p.m., or as soon thereafter

4   as counsel may be heard, Defendant Wayne Joseph Fernandes, by and through his attorney of

5   record, Dorn G. Bishop of the Law Offices of Dorn G. Bishop, APC, will and hereby does move

6   this Court for an order granting Mr. Fernandes' motions (1) for a 60-day continuance of the

7   motions hearing in this case; (2) to compel further discovery from the Government; and (3) for

8   leave to file a future motion to sever and other motions, as necessary.

9   DATED:  September 5, 2008                    Respectfully submitted,

10                                              THE LAW OFFICES OF DORN G. BISHOP, APC

11

12   By:   /s/Dorn G. Bishop
                Dorn G. Bishop
13       Attorneys for Defendant Wayne Joseph Fernandes

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28