THE LAW OFFICES OF DORN G. BISHOP, APC
DORN G. BISHOP (SB#147994)
525 B Street, Suite 1500
San Diego, California 92101
Telephone: (619) 858-4768

Attorneys for Defendant
WAYNE JOSEPH FERNANDES

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE BARRY TED MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>PETER CARLO MERTENS (1),<br>WAYNE JOSEPH FERNANDES (2),<br>WILLIAM HAMMAN (3), and<br>BETTINA THAKORE (4).<br><br>　　　Defendants. | CASE NO.: 08CR0440-BTM<br><br>**CERTIFICATE OF ECF SERVICE** |

# CERTIFICATE OF ECF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is 525 B Street, Suite 1500, San Diego, California 92101.

On September 5, 2008, I served the following document described as:

1. **DEFENDANT WAYNE JOSEPH FERNANDES' NOTICE OF MOTIONS AND MOTIONS (1) FOR 60-DAY CONTINUANCE; (2) TO COMPEL FURTHER DISCOVERY; AND (3) FOR LEAVE TO FILE FUTURE SEVERANCE MOTION AND OTHER MOTIONS, IF NECESSARY; AND**

2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT WAYNE JOSEPH FERNANDES' NOTICE OF MOTIONS AND MOTIONS (1) FOR 60-DAY CONTINUANCE; (2) TO COMPEL FURTHER DISCOVERY; AND (3) FOR LEAVE TO FILE FUTURE SEVERANCE MOTION AND OTHER MOTIONS, IF NECESSARY**

on the ECF system and served pursuant to General Order No. 550,

with:

| | |
|---|---|
| Clerk of the Court<br>United States District Court<br>Southern District of California<br>880 Front Street<br>San Diego, CA 92101 | Law Offices of Frank Ragen<br>105 West F Street, Suite 215<br>San Diego, CA 92101<br>Email: fjragen@aol.com<br>**Attorneys for Defendant William Hamman (3)** |
| Sherri Walker Hobson, AUSA<br>U.S. Attorney's Office<br>880 Front Street<br>San Diego, CA 92101<br>sherri.hobson@usdoj.gov<br>**Attorneys for Plaintiff United State of America** | Damiani Law Group<br>701 B St #1110<br>San Diego, CA 92101<br>ljdamiani@damianilawgroup.com<br>**Attorneys for Defendant Bettina Thakore (4)** |
| Patrick Q. Hall<br>Seltzer Caplan McMahon Vitek<br>750 B Street, Suite 2100<br>San Diego, CA 92101<br>Email: hall@scmv.com<br>**Attorneys for Defendant Peter Carlo Mertens (1)** | |

Executed on September 5, 2008, at San Diego, California.

_____
Kim Davis